# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

MICHAEL ANDRE LUNSFORD  )  Civil Action No. 9:13-3547-DCN-BM
[Enter the full name of the plaintiff in this action]  )  (to be assigned by Clerk)
)
)  **COMPLAINT**
v.  )  State Prisoner
SHERIFF AL. CANNON DET CENTER )
)

Enter above the full name of defendant(s) in this action

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?     Yes _____     No __X__

B. If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

   1. Parties to this previous lawsuit:

      Plaintiff: _____

      Defendant(s): _____

   2. Court: _____
      *(If federal court, name the district; if state court, name the county)*

   3. Docket Number: _____

   4. Name(s) of Judge(s) to whom case was assigned: _____

   5. Disposition: _____
      *(For example, was the case dismissed? Appealed? Pending?)*

   6. Approximate date of filing lawsuit: _____

   7. Approximate date of disposition: _____

Complaint - State Prisoner
Revised October 3, 2007

II. PLACE OF PRESENT CONFINEMENT

   A. Name of Prison/Jail/Institution: SHERRIFF AL. CANNON DETENTION CENTER

   B. What are the issues that you are attempting to litigate in the above-captioned case? CIVIL RIGHTS VIOLATIONS HEALTH HAZZARD, MENTAL/PHYSICAL ANGUISH, NEGLECT, INHUMANE TREATMENT

   C. (1) Is there a prisoner grievance procedure in this institution? Yes ✓ No___

      (2) Did you file a grievance concerning the claims you are raising in this matter? Yes ✓ No___
          When FROM JUNE 2013 TILL PRESENT Grievance Number (if available) ENCLOSED

   D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (i.e., your grievance)?   Yes ✓  No___

   E. When was the final agency/departmental/institutional answer or determination received by you? STILL RECIEVING NOTHING.

      *If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.*

   F. If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities? Yes___ No___

   G. If your answer is YES:

      1. What steps did you take? _____

      2. What was the result? _____

III. PARTIES

   *In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

   A. Name of Plaintiff: MICHAEL A. LUNSFORD   Inmate No.: 1460931
      Address: 3841 LEEDS AVE NORTH CHARLESTON, SC 29405

   *In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

   B. Name of Defendant: Sherriff Al. Cannon Det. Center   Position: Sheriff
      Place of Employment: "  "  "

   C. Additional Defendants *(provide the same information for each defendant as listed in Item B above):*

      _____

Complaint - State Prisoner
Revised October 3, 2007

IV.  STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.*

IN THE MONTH OF JUNE 2013 I WAS INJURED FROM SLIPPING ON TILED CELL FLOOR DUE TO WATER LEAKING OUT OF SHOWER IN MASSIVE AMOUNTS. I HAVE COMPLAIN ABOUT THIS problem AS WELL AS OTHER INMATES TO THE STAFF AND TO THE COMMANDER(S) NOTHING IS EVER done. Work orders HAVE been submitted but AFTER MANY try's still NOTHING is FIXED. I AM FORCED to Live under these UNSAFE AND HAZZARD conditions. I HAVE been treated For A sprain BACK muscles to my LEFT side Lower back, My ELBOW INJURED, My WRIST INJURED, My ANKLE sprained. My Right ROTARY CUFF AND Hand. Right eye is still blurry, I I HAVE Nerve AND muscle SPASIMS in LEFT Arm AND NO tight grip in LEFT Hand. I DID NOT get to go to the HospitAL AND WAS picked up From the wet Floor by Nurse staff in Medical unit "CCOH". I refused NArcotic medication Due to Allergic reactions but was given other meds For pain Ice, Bandages, Ace wraps And walking cane

I Am still being Treated For chronic back pAin, HeadAches ELBOW still in pain AS Well AS Hip Joint. I Am 360 lbs. 43 yrs old X-ray wastaken by A Contractor X-ray TecH — MS ALiciA. IN Fear oF staff retaliations NOW. I HAve Also cut my Foot on Buckled tile Floor From WAter DAmAged tile.. I HAve submitted many Grievance on these, Issues, NO results". I WALK in cell in Fear everyday of my Life. All Cell Showers have same. FAulty DESIGned that Allows LArge Amounts of water on tile Floor in All Six JAIL cells. SAdly These CELLS Are All Located in the Medical Unit." Medical providers CCOH" HAS All medical Records on File. My Family HAs some Also. This is my complAint to the Court. WAter still Flooding Today. STAFF reviewed problem but still Nothing. please Help.

Complaint - State Prisoner
Revised October 3, 2007

V. RELIEF

*State briefly and exactly what you want the court to do for you.*

I MICHAEL A. LUNSFORD would like the Court to ADDress THESE FACTS AND FINDINGS WITH JUSTICE AND FAIRNESS AND AS THE PLANTIFF I AM DEMANDING A TRIAL BY JURY IF STATUES ALLOW. SEEKING RELIEF IN DAMAGES FOR PHYSICAL BODY INJURYS, MENTAL/PHYSICAL ANGUISH, NEGLECT, NEGLECT TO PRESERVING RIGHTS AND DIGNITY, MAINTAING UNSAFE JAIL OPERATIONS VIOLATIONS OF FACILITY REGULATIONS, POLICIES AND PROCEDURES. AND UNKNOWN VIOLATIONS. PLANTIFF IN DEMAND OF $150,000.00 RELIEF AWARDED BY JUDGE OR JURY IN A U.S. COURT OF LAW OR AMOUNT SEEN FIT BY YOUR HONOR ACCORDING TO CAP STATUES

I declare under penalty of perjury that the foregoing is true and correct.

Signed this Friday day of November 28th, 20 13.

Michael Lunsford
*Signature of Plaintiff*

Complaint - State Prisoner
Revised October 3, 2007